UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VISHAL BHAMMER,

              Plaintiff,

v.

LOOMIS SAYLES & COMPANY, L.P.,

              Defendant.

Civil action No:  1:15-cv-14213-FDS

## <u>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Local Rule 7.3, Defendant Loomis Sayles & Company, L.P. makes the following corporate disclosure:

Natixis Global Asset Management, L.P.  and Loomis Sayles & Company, Inc. are the partners of Loomis Sayles & Company, L.P.  Natixis, a French corporation, is a parent corporation of Loomis Sayles & Company, L.P.

No publicly-held company owns 10% or more of Loomis Sayles & Company, L.P's stock.

LOOMIS SAYLES & COMPANY, L.P.

By their attorneys,

_/s/Allison L. Anderson_____
James W. Bucking, BBO #558800
Robert Fisher, BBO #643797
Allison Anderson, BBO #687662
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210-2600
617-832-1000
jbucking@foleyhoag.com
rfisher@foleyhoag.com
alanderson@foleyhoag.com

Dated:  January 7, 2016

## CERTIFICATE OF SERVICE

I, Allison L. Anderson, certify that on this 7th day of January 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff by electronically serving his counsel of record.

/s/*Allison L. Anderson*_____
Allison L. Anderson